| | |
|---|---|
| 1 | DENNIS S. WAKS, #142581 |
| 2 | Attorney at Law<br>Designated Counsel for Service |
| 3 | 455 Capitol Mall, Suite 802<br>Sacramento, CA 95814 |
| 4 | Tel: (916) 498-9871 |
| 5 | Attorney for Defendant<br>CRYSTAL C. COOPER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Mag. No. 2:17-MJ-0055 DB |
| Plaintiff, | ) STIPULATION AND ORDER<br>) TO EXTEND TIME FOR PRELIMINARY |
| v. | ) HEARING AND EXCLUDE TIME |
| CRYSTAL C. COOPER, | ) |
| Defendant. | ) NEW DATE: May 30, 2017<br>) TIME: 2:00 p.m.<br>) JUDGE: Hon. Kendall J. Newman |

Plaintiff, United States of America, by and through Assistant United States Attorney MICHELLE RODRIGUEZ, and Defendant CRYSTAL C. COOPER, through her attorney DENNIS S. WAKS, hereby stipulate to continue the Preliminary Hearing set for May 02, 2017 to May 30, 2017, at 2:00 p.m.

The parties agree that the time beginning from the date of this stipulation extending through May 30, 2017, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for a Preliminary Hearing until May 30, 2017. Fed.R.Crim.P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In particular, the time is required so that the parties can conduct investigation and the government can provide advance discovery to defense counsel. Ms. Cooper consents to this continuance.

Defense counsel was recently appointed to this case, will be unavailable on May 2, 2017, and will need additional time to review discovery and meet with Ms. Cooper.

The parties stipulate that the interests of justice outweigh the interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed.R.Crim.P. 5.1(d).

Dated: April 26, 2017         Respectfully submitted,

                              */s/ Dennis S. Waks*
                              DENNIS S. WAKS
                              Attorney for Defendant
                              CRYSTAL C. COOPER


Dated: April 26, 2017         PHILLIP A. TALBERT
                              United States Attorney

                              */s/ Michelle Rodriguez*
                              MICHELLE RODRIGUEZ
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

## **ORDER**

The Court has read and considered the Stipulation for the Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' Stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public's interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the Preliminary Hearing is extended to May 30, 2017, at 2:00 p.m.

2. This time up to and including May 30, 2017, shall be excluded from the calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

IT IS SO ORDERED.

Dated: April 26, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE